IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      2:24-cr-1426-JMC

ROGELIO AVITIA-GALLEGOS,

      Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE SENTENCING HEARING**

On April 21, 2025, Defendant Rogelio Avitia-Gallegos filed an unopposed motion to continue the sentencing hearing in the above-styled criminal action (Doc. No. 35). Defendant states that his counsel will be in a jury trial during his sentencing hearing. Defendant indicates that the government does not oppose this motion.

For good cause shown, the Court GRANTS Defendant's Unopposed Motion to Continue Sentencing Hearing.

IT IS SO ORDERED.

Entered for the Court
this the 22nd day of April, 2025

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation